1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10 RAFAEL REID,                                         )
                                                       )
11             Petitioner,                             )
                                                       )          3:17-cv-00532-HDM-VPC
12       v.                                            )
                                                       )
13 CCS BAKER, et al.                                   )          **ORDER**
                                                       )
14             Respondents.                            )
                                                       )
15 _____ )

16       Petitioner's unopposed motion for an extension of time (ECF No.

17 12) is GRANTED.  Petitioner shall have up to and including July 12,

18 2018, within which to file an amended petition for writ of habeas

19 corpus in this case.

20       IT IS SO ORDERED.

21       DATED: This 17th day of April, 2018.

22       _____
                                                       HOWARD D. MCKIBBEN
23                                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28