**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RAFAEL REID, | ) | |
| Petitioner, | ) ) ) | 3:17-cv-00532-HDM-VPC |
| v. | ) ) | |
| CCS BAKER, et al. | ) ) | **ORDER** |
| Respondents. | ) ) ) | |

Petitioner's second unopposed motion for an extension of time (ECF No. 14) is GRANTED. Petitioner shall have up to and including August 10, 2018, within which to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED: This 13th day of July, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE