# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RAFAEL REID,

    Petitioner,

v.

CCS BAKER, et al.

    Respondents.

3:17-cv-00532-HDM-VPC

**ORDER**

Petitioner in this stayed habeas matter has filed a motion for leave to proceed *in forma pauperis*. (ECF No. 23). As petitioner has already been granted leave to proceed *in forma pauperis* in this action, the motion (ECF No. 23) is **DENIED AS MOOT.**

From the envelopes attached to the motion, it appears that petitioner first attempted to file his motion in Eighth Judicial District Court. However, the Eighth Judicial District Court Clerk forwarded the motion to this court, presumably because it contained this case number in the caption. It is unclear whether the motion was docketed in the Eighth Judicial District Court or was simply forwarded to this court. Petitioner is advised that he may need to re-file the

motion in state court and that he should avoid listing this federal case number, in the caption at least, in any motion filed in state court.

IT IS SO ORDERED.

DATED: This 20th day of August, 2018.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE