**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAFAEL REID,<br><br>　　　　　　Petitioner,<br>　v.<br><br>CCS BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00532-HDM-CLB<br><br>**ORDER** |

　　Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 33) is GRANTED. Respondents have until August 3, 2020, to answer or otherwise respond to the Second Amended Petition (ECF No. 32) in this case.

　　IT IS SO ORDERED.

　　DATED: this 23rd day of June, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HOWARD D. MCKIBBEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1