# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL REID,<br><br>               Petitioner,<br>  v.<br><br>CCS BAKER, et al.,<br><br>               Respondents. | Case No. 3:17-cv-00532-HDM-CLB<br><br>**ORDER** |

The petitioner's motion for extension of time (ECF No. 41) is GRANTED. Petitioner shall have until October 13, 2020, to file an opposition to the respondents' motion to dismiss.

IT IS SO ORDERED.

DATED: this 14th day of August, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE