# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL REID, <br><br>          Petitioner, <br>    v. <br>CCS BAKER, et al., <br><br>          Respondents. | Case No. 3:17-cv-00532-HDM-CLB <br><br>**ORDER** |

Good cause appearing, Petitioner's unopposed second Motion for Extension of Time (ECF No. 43) is GRANTED. Petitioner has until November 12, 2020, to oppose Respondents' Motion to Dismiss (ECF No. 36).

DATED: this 20th day of October 2020.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE

1