# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL REID,<br><br>     Petitioner,<br> v.<br><br>CCS BAKER, et al.,<br><br>     Respondents. | Case No. 3:17-cv-00532-HDM-CLB<br><br>**ORDER** |

  The petitioner's motion for extension of time (ECF No. 45) is GRANTED. Petitioner shall have until January 11, 2021, to file an opposition to the respondents' motion to dismiss.  Respondents thereafter will have until February 24, 2021, to file a reply.  In light of the March 31, 2021, reporting deadline for the motion to dismiss, no further extensions of either deadline will be granted.

  IT IS SO ORDERED.

  DATED: this 13th day of November, 2020.

              _Howard D. McKibben_
              UNITED STATES DISTRICT JUDGE