**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAFAEL REID,

                Petitioner,

  v.

CCS BAKER, et al.,

                Respondents.

Case No. 3:17-cv-00532-HDM-CLB

**ORDER**

The petitioner has filed a motion for leave to file Exhibit 17 under seal (ECF No. 51). Exhibit 17 is the petitioner's presentence investigation report ("PSI"). The court finds, in accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect the privacy and/or personal identifying information of the petitioner in the PSI, which is a confidential state court document, outweighs the public interest in open access to court records. The motion for leave to file under seal (ECF No. 51) is therefore GRANTED, and Exhibit 17 (ECF No. 50) is deemed properly filed under seal.

IT IS SO ORDERED.

DATED: this 8th day of January, 2021.

_Howard D McKibben_
_____
UNITED STATES DISTRICT JUDGE