# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL REID,<br><br>　　　　　　Petitioner,<br>　　v.<br>CCS BAKER, et al.,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00532-HDM-CLB<br><br>**ORDER** |

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 56) is GRANTED. Respondents have until June 21, 2021, to answer the Second Amended Petition (ECF No. 32) in this case.

IT IS SO ORDERED.

DATED: this 27th day of May 2021.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE