**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAFAEL REID,<br><br>                    Petitioner,<br>     v.<br><br>CCS BAKER, et al.,<br><br>                    Respondents. | Case No. 3:17-cv-00532-HDM-CLB<br><br>**ORDER** |

Good cause appearing, Petitioner's Motion for Enlargement of Time (ECF No. 59) is GRANTED.  Petitioner has until October 18, 2021, to file his reply in response to Respondents' answer in this case.

IT IS SO ORDERED.

DATED: this 9th day of September 2021.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE