# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL REID,<br><br>              Petitioner,<br>    v.<br><br>WILLIAM GITTERE, et al.,<br><br>              Respondents. | Case No. 3:17-cv-00532-HDM-CLB<br><br>**ORDER** |

Upon review of the exhibits filed in the above matter, it appears that Respondents failed to comply with the redaction requirements of LR IC 6-1(a)(1)-(3). (*See* ECF Nos. 37-3 at 4; 37-4 at 4; 37-32 at 9, 11, 13, and 16.) Compelling reasons exist to seal these documents as they contain personal-data identifiers, and the parties cannot change their filings.

IT IS THEREFORE ORDERED that within 10 days of the date of entry of this order Respondents must file redacted publicly available copies of the documents filed as ECF Nos. 37-3, 37-4, and 37-32, in compliance with LR IC 6-1(a)(1)-(3).

IT IS FURTHER ORDERED that the clerk of the court shall seal the documents filed as ECF Nos. 37-3, 37-4, and 37-32.

DATED THIS 16th day of May 2022.

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE